## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Joyce Baughman, Debtor                              Case No. 20-51463-KMS
                                                                              CHAPTER 13

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Thomas C. Rollins, Jr., with The Rollins Law Firm and files his Entry of Appearance on behalf of Debtor in the above referenced bankruptcy case and would request the Clerk to provide him with all future electronic notices.

                                        Respectfully submitted,

                     By:     /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr. (MSBN 104367)
                             Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice was forwarded on August 1, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee
    U.S. Trustee

                             /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr. (MSBN 104367)