United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-51463-KMS |
| Joyce Baughman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Aug 01, 2025 | Form ID: n025 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joyce Baughman, 321 Baughman Rd, Poplarville, MS 39470-9722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025　　　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Rebecca Guion Burton | on behalf of Creditor TOWER LOAN OF MISSISSIPPI LLC gburton@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joyce Baughman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 6

Form n025−attydsclstmt (Rev. 12/2021)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

---

**In re:**                                                            **Case No.:** 20−51463−KMS

                                                                                  **Chapter:** 13

Joyce Baughman
321 Baughman Rd
Poplarville, MS 39470−9722

**To:** Thomas Carl Rollins, Jr, Esq.

## Notice to File Disclosure of Compensation

**Notice is hereby given that:**

☑ You entered an appearance as counsel for the above−referenced debtor(s).

☐ An Order was entered substituting you as counsel for the above−referenced debtor(s).

Therefore, you must electronically file a *Disclosure of Compensation of Attorney for Debtor* (Director Form 2030) as required by Fed. R. Bankr. P. 2016(b) and Miss. Bankr. L. R. 2016−1(b) in the above−referenced case on or before **August 15, 2025**.

Dated: August 1, 2025                                                    Danny L. Miller, Clerk of Court
                                                                                     Dan M. Russell, Jr. U.S. Courthouse
                                                                                     2012 15th Street, Suite 244
                                                                                     Gulfport, MS 39501
                                                                                     228−563−1790