**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Joyce Baughman, Debtor | Case No. 20-51463-KMS |
| | Chapter 13 |

### DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Joyce Baughman_____            09-24-2025___
    Joyce Baughman                                                                               Date

    /s/ Thomas C. Rollins, Jr._____            09-24-2025___
    Thomas C. Rollins, Jr., MS Bar No. 103469                    Date
    Attorney for the Debtor
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

    On September 25, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                            /s/ Thomas C. Rollins, Jr._____
                                                            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51463 |
|---|---|
| JOYCE BAUGHMAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/25/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 20-51463 |
| JOYCE BAUGHMAN | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/25/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  20-51463<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU SEP 25 12-1-59 PST 2025 | 21ST MORTGAGE CORPORATION<br>MCKAY LAWLER FRANKLIN  FOREMAN  PLLC<br>CO EDWARD E LAWLER  JR<br>POST OFFICE BOX 2488<br>RIDGELAND  MS 39158-2488 | ADVANTAGE FINANCIAL<br>403 LOUISVILLE AVE<br>MONROE  LA 71201-5903 |
| EXCLUDE<br>(U)TOWER LOAN OF MISSISSIPPI  LLC | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | 21ST MORTGAGE CORPORATION<br>CO CORPORATION SERVICE COMPANY<br>5760 INTERSTATE 55 N STE 150<br>JACKSON MS  39201 |
| (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG SC 29306-9901 | ADVANCED AMERICA CASH ADVANCE<br>400 GEORGIA AVE STE 8<br>BOGALUSA LA  70427-3866 |
| (P)ADVANTAGE FINANCIAL SERVICES OF TUPELO   LLC<br>824 SW RAILROAD AVE<br>STE A<br>HAMMOND LA 70403-4962 | AMERICAN CASH ADVANCE<br>442 MEMPHIS ST<br>BOGALUSA LA  70427-3848 | AMERICAN EXPRESS<br>CO BECKET  LEE LLP<br>PO BOX 3001<br>MALVERN PA  19355-0701 |
| AMERICAN EXPRESS<br>PO BOX 297879<br>FORT LAUDERDALE FL  33329-7879 | AMEX<br>CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX  79998-1540 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE FL  33329-7871 |
| APPROVED CASH<br>803 MEMORIAL BLVD STE B<br>PICAYUNE MS  39466-4636 | ADVANCE AMERICA  CASH ADVANCE CENTERS OF LA<br>ADVANCE AMERICA  CASH ADVANCE CENTERS I<br>135 NORTH CHURCH STREET<br>SPARTANBURG  SC 29306-9901 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA  19355-0701 | BOGALUSA CREDIT INC<br>322 AUSTIN ST<br>BOGALUSA LA  70427-3818 | (P)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT  84130-0285 | CHECK PLUS<br>305 S MAIN ST<br>POPLARVILLE MS  39470-2823 | COMENITY BANKROAMANS<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH  43218-2125 |
| COMENITY BANKROAMANS<br>PO BOX 182789<br>COLUMBUS OH  43218-2789 | DIRECTTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO  80155-6550 | EASY MONEY GROUP<br>307 CUMBERLAND ST<br>BOGALUSA LA  70427-3105 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ELLEN M CREEL
981 CLEVELAND ST
FRANKLINTON LA  70438-1776

(P)EQUIFAX  INC
1550 PEACHTREE STREET NE
ATLANTA  GA 30309

EXPERIAN
PO BOX 2002
ALLEN TX  75013-2002

EXPRESS CHECK ADVANCE
135 N CHURCH ST
SPARTANBURG SC 29306-9901

EXPRESS CHECK ADVANCE
718 HIGHWAY 11 S STE A
PICAYUNE MS  39466-5310

FAST CASH FOR CHECKS
310 HIGHWAY 11 S STE A
PICAYUNE MS  39466-5302

FAST CASH FOR CHECKS
PO BOX 71
COLUMBIA MS  39429-0071

FIRST HERITAGE CREDIT
CO JULIE P RATLIFF
605 CRESCENT BLVD
RIDGELAND MS  39157-8659

FIRST HERITAGE CREDIT OF MISSISSIPPI LLC D
1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
1 SYCAMORE RD STE E
PICAYUNE MS  39466-2666

HATTIESBURG CLINIC  PA
415 S 28TH AVE
HATTIESBURG  MS 39401-7283

(P)INSTANT PAYDAY LOANS  INC
P O BOX 71
COLUMBIA MS 39429-0071

MISSISSIPPI TITLE LOANS INC
120 MEMORIAL BLVD
PICAYUNE MS  39466-5538

NATIONAL MAGAZINE EXCHANGE
CO TOTAL CUSTOMER SERVICE INC
1510 E 122ND ST
BURNSVILLE MN  55337-6804

POPLARVILLE FINANCIAL SERVICES INC
215 MS26 STE B
POPLARVILLE MS  39470

POPLARVILLE FINANCIAL SERVICES INC
CO ARTHUR F JERNIGAN JR
PO BOX 3380
RIDGELAND MS  39158-3380

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

REPUBLIC FINANCE LLC
CAPITOL CORPORATE SERVICES INC
248 E CAPITOL ST STE 840
JACKSON MS  39201-2505

~~EXCLUDE~~
~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~
~~(D)(P)TOWER LOAN~~
~~P O BOX 320001~~
~~FLOWOOD MS 39232-0001~~

~~EXCLUDE~~
~~(D)(P)TOWER LOAN~~
~~P O BOX 320001~~
~~FLOWOOD MS 39232-0001~~

~~EXCLUDE~~
~~(D)(P)TOWER LOAN~~
~~P O BOX 320001~~
~~FLOWOOD MS 39232-0001~~

TRANSUNION
CUSTOMER RELATIONS
PO BOX 2000
CHESTER PA 19016-2000

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

DEBTOR
JOYCE BAUGHMAN
321 BAUGHMAN RD
POPLARVILLE  MS 39470-9722

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                              EXCLUDE
THOMAS CARL ROLLINS JR               (P)WARREN A. CUNTZ, T1 JR
THE ROLLINS LAW FIRM, PLLC           PO BOX 3749
PO BOX 13767                         GULFPORT MS 39505-3749
JACKSON, MS 39236-3767
```