United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 20-51463-KMS |
|---|---|
| Joyce Baughman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joyce Baughman, 321 Baughman Rd, Poplarville, MS 39470-9722 |
| cr | + | Advantage Financial, 403 Louisville Ave, Monroe, LA 71201-5903 |
| 4937841 | | 21ST MORTGAGE CORPORATION, C/O CORPORATION SERVICE COMPANY, 5760 INTERSTATE 55 N STE 150, JACKSON MS 39201 |
| 4937844 | ++ | ADVANTAGE FINANCIAL SERVICES OF TUPELO LLC, 824 SW RAILROAD AVE, STE A, HAMMOND LA 70403-4962 address filed with court:, ADVANTAGE FINANCIAL, 824 Southwest Railroad Ave., Ste A, Hammond, LA 70404 |
| 4937850 | | APPROVED CASH, 803 MEMORIAL BLVD STE B, PICAYUNE MS 39466-4636 |
| 4937855 | | CHECK PLUS, 305 S MAIN ST, POPLARVILLE MS 39470-2823 |
| 4937860 | | ELLEN M CREEL, 981 CLEVELAND ST, FRANKLINTON LA 70438-1776 |
| 4937865 | | FAST CASH FOR CHECKS, PO BOX 71, COLUMBIA MS 39429-0071 |
| 4937866 | | FAST CASH FOR CHECKS, 310 HIGHWAY 11 S STE A, PICAYUNE MS 39466-5302 |
| 4937868 | + | FIRST HERITAGE CREDIT OF MISSISSIPPI, LLC D/B/A, Heights Finance Corp., PO Box 1947, Greenville, SC 29602-1947 |
| 4937871 | | MISSISSIPPI TITLE LOANS INC, 120 MEMORIAL BLVD, PICAYUNE MS 39466-5538 |
| 4937872 | | NATIONAL MAGAZINE EXCHANGE, C/O TOTAL CUSTOMER SERVICE INC, 1510 E 122ND ST, BURNSVILLE MN 55337-6804 |
| 4937874 | | POPLARVILLE FINANCIAL SERVICES INC, 215 MS-26 STE B, POPLARVILLE MS 39470 |
| 4937873 | | POPLARVILLE FINANCIAL SERVICES INC, C/O ARTHUR F JERNIGAN JR, PO BOX 3380, RIDGELAND MS 39158-3380 |
| 4937876 | | REPUBLIC FINANCE LLC, CAPITOL CORPORATE SERVICES INC, 248 E CAPITOL ST STE 840, JACKSON MS 39201-2505 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 21 2025 19:30:21 | 21st Mortgage Corporation, McKay Lawler Franklin & Foreman, PLLC, c/o Edward E. Lawler, Jr., Post Office Box 2488, Ridgeland, MS 39158-2488 |
| cr | + | Email/Text: bankruptcy@curo.com | Oct 21 2025 19:34:00 | First Heritage Credit, PO Box 1947, Greenville, SC 29602-1947 |
| 4937840 | | Email/Text: ebn@21stmortgage.com | Oct 21 2025 19:34:00 | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477 |
| 4937842 | + | Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | ADVANCE AMERICA, 135 N CHURCH ST, SPARTANBURG SC 29306-9901 |
| 4937843 | | Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | ADVANCED AMERICA CASH ADVANCE, 400 GEORGIA AVE STE 8, BOGALUSA LA 70427-3866 |
| 4937845 | | Email/Text: 234.bogalusa@americancashadvance.net | Oct 21 2025 19:34:00 | AMERICAN CASH ADVANCE, 442 MEMPHIS ST, BOGALUSA LA 70427-3848 |
| 4937847 | | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:12 | AMERICAN EXPRESS, C/O BECKET & LEE |

District/off: 0538-6        User: mssbad        Page 2 of 3

Date Rcvd: Oct 21, 2025        Form ID: 3180W        Total Noticed: 49

| | | | |
|---|---|---|---|
| | | | LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 4937846 | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:14 | AMERICAN EXPRESS, PO BOX 297879, FORT LAUDERDALE FL 33329-7879 |
| 4937848 | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:17 | AMEX, PO BOX 297871, FORT LAUDERDALE FL 33329-7871 |
| 4937849 | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:17 | AMEX, CORRESPONDENCE, PO BOX 981540, EL PASO TX 79998-1540 |
| 4945460 | + Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | Advance America, Cash Advance Centers of LA, LLC, Advance America, Cash Advance Centers, I, 135 North Church Street, Spartanburg, SC 29306-9901 |
| 4950389 | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4937851 | Email/PDF: bncnotices@becket-lee.com | Oct 21 2025 19:39:11 | BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 4937852 | Email/Text: tlobrano@bellsouth.net | Oct 21 2025 19:34:00 | BOGALUSA CREDIT INC, 322 AUSTIN ST, BOGALUSA LA 70427-3818 |
| 4937853 | EDI: CAPITALONE.COM | Oct 21 2025 23:34:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 4937854 | EDI: CAPITALONE.COM | Oct 21 2025 23:34:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND VA 23238-1119 |
| 4937856 | EDI: WFNNB.COM | Oct 21 2025 23:34:00 | COMENITY BANK/ROAMANS, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS OH 43218-2125 |
| 4937857 | EDI: WFNNB.COM | Oct 21 2025 23:34:00 | COMENITY BANK/ROAMANS, PO BOX 182789, COLUMBUS OH 43218-2789 |
| 4937858 | EDI: DIRECTV.COM | Oct 21 2025 23:34:00 | DIRECTTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550 |
| 4937861 | Email/Text: bankruptcycourts@equifax.com | Oct 21 2025 19:34:00 | EQUIFAX INFORMATION SERVICES, PO BOX 740241, ATLANTA GA 30374-0241 |
| 4937862 | ^ MEBN | Oct 21 2025 19:29:58 | EXPERIAN, PO BOX 2002, ALLEN TX 75013-2002 |
| 4937864 | + Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | EXPRESS CHECK ADVANCE, 135 N CHURCH ST, SPARTANBURG SC 29306-9901 |
| 4937863 | Email/Text: bnc@teampurpose.com | Oct 21 2025 19:34:00 | EXPRESS CHECK ADVANCE, 718 HIGHWAY 11 S STE A, PICAYUNE MS 39466-5310 |
| 4937867 | Email/Text: bankruptcy@curo.com | Oct 21 2025 19:34:00 | FIRST HERITAGE CREDIT, C/O JULIE P RATLIFF, 605 CRESCENT BLVD, RIDGELAND MS 39157-8659 |
| 4937869 | + Email/Text: kristie.pope@hattiesburgclinic.com | Oct 21 2025 19:34:00 | HATTIESBURG CLINIC, PA, 415 S 28TH AVE, HATTIESBURG, MS 39401-7283 |
| 4937870 | Email/Text: ipdl@trcloans.com | Oct 21 2025 19:34:00 | INSTANT PAYDAY LOANS INC, 113 CAROLINA AVE, BOGALUSA LA 70427-3383 |
| 4937875 | EDI: PRA.COM | Oct 21 2025 23:34:00 | PORTFOLIO RECOVERY, PO BOX 41067, NORFOLK VA 23541-1067 |
| 4937877 | Email/Text: bankruptcy@republicfinance.com | Oct 21 2025 19:34:00 | REPUBLIC FINANCE LLC, 1140 ROMA AVE, HAMMOND LA 70403-5464 |
| 4943345 | Email/Text: bankruptcy@republicfinance.com | Oct 21 2025 19:34:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 4937879 | ^ MEBN | Oct 21 2025 19:30:24 | TOWER LOAN, ATTN: BANKRUPTCY, 406 LIBERTY PARK CT, FLOWOOD MS 39232-8642 |

District/off: 0538-6          User: mssbad          Page 3 of 3

Date Rcvd: Oct 21, 2025          Form ID: 3180W          Total Noticed: 49

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4937881 | | Email/Text: bankruptcy@towerloan.com | Oct 21 2025 19:34:00 | TOWER LOAN, C/O JOHN E TUCKER, PO BOX 320001, FLOWOOD MS 39232-0001 |
| 4937878 | | Email/Text: bankruptcy@towerloan.com | Oct 21 2025 19:34:00 | TOWER LOAN, PO BOX 320001, FLOWOOD MS 39232-0001 |
| 4937882 | ^ | MEBN | Oct 21 2025 19:29:52 | TRANSUNION, CUSTOMER RELATIONS, PO BOX 2000, CHESTER PA 19016-2000 |
| 4952667 | + | Email/Text: bankruptcy@towerloan.com | Oct 21 2025 19:34:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TOWER LOAN OF MISSISSIPPI, LLC |
| 4937880 | *P++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001, address filed with court:, TOWER LOAN, PO BOX 206, POPLARVILLE MS 39470-0206 |
| 4937859 | ## | EASY MONEY GROUP, 307 CUMBERLAND ST, BOGALUSA LA 70427-3105 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Rebecca Guion Burton | on behalf of Creditor TOWER LOAN OF MISSISSIPPI LLC gburton@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joyce Baughman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 6

*Information to identify the case:*

| | | | |
|---|---|---|---|
| Debtor 1 | **Joyce Baughman** | Social Security number or ITIN | **xxx–xx–7494** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **20–51463–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Joyce Baughman**

Dated: 10/21/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**