December 3, 2025

      RE:    Creditor Change of Address and
              Creditor Change of Disbursement Address
              Case # 20-51463  Claim # 4
              Joyce Baughman

To Whom it May Concern:

Please allow this letter to authorize the change of address for all mailings, including disbursements to Purpose Financial, Inc. and the attached list of subsidiary/associated business names:

| Old Address: | New Mailing/Notice Address:  * Effective January 31, 2023 |
|---|---|
| Advance America<br>135 North Church St<br>Spartanburg, SC 29306 | Advance America<br>c/o Purpose Financial, Inc.<br>PO Box 3058<br>Spartanburg, SC 29304 |
| | **New Disbursement Address:**<br>Purpose Financial, Inc.<br>Dept 260<br>6242 E. 41st Street<br>Tulsa, OK 74135 |

Thank you for your continued cooperation and assistance with these changes.  Should you require anything further from us, please feel free to call me at 864-342-5709 or email me at bhenderson@teampurpose.com.

Respectfully,
/s/Beverly Henderson



**Beverly Henderson**
**Admin Bankruptcy Assistant**
**O: 864.342.5709**
**HavePurpose.com**

enclosure

# Purpose Financial, Inc.
# subsidiary/associated business names

Advance America

Advance America, Cash Advance

Advance America, Cash Advance Centers

Express Check Advance

National Cash Advance

McKenzie Check Advance

Check Advance

First American Cash Advance

Anytime Wallet

Kickstand Lending

Perch

Perch Loans

Flexible Loans

NCAS of Delaware

Purpose Financial

Purpose Money

AAFA of Mississippi

First American Loans

McKenzie Small Loans

ACSO of Ohio

MCSO of Ohio

VCSO of Ohio

WPS Systems

ACSO of Texas